UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*******************************************
CTC COMMUNICATIONS CORP.,        *   CIVIL ACTION
                                 *
         Plaintiff(s)             *   VERIFIED
vs.                              *   COMPLAINT
                                 *
SOUTH OCEAN CARE LLC,            *   MAGISTRATE JUDGE_____
                                 *
         Defendant(s)             *
*******************************************
```

The Plaintiff, CTC Communications Corp. ("CTC"), by its attorneys COHN & DUSSI, LLC, as and for its Complaint herein alleges as follows:

## THE PARTIES

1. The Plaintiff, CTC COMMUNICATIONS CORP. (hereinafter "Plaintiff"), is a corporation duly organized by law having a usual place of business at 220 Bear Hill Road, Waltham, Middlesex County, Massachusetts.

2. The Defendant, South Ocean Care, LLC (hereinafter "Defendant"), is a corporation having a usual place of business at 101 South Bergen Place, Freeport, New York 11520.

## JURISDICTION

3. This Court has jurisdiction over this claim under 28 U.S.C. Section 1331, as the Defendant's liability arises under a tariff filed with the Federal Communications Commission and Massachusetts Department of Telecommunications and Energy (hereinafter collectively the "F.C.C.").

1

## COUNT I
### (Breach of Customer Service Agreement)

4. The Plaintiff reavers, realleges and incorporates herein by reference the allegations contained in Paragraphs 1 through 3 above with the same full force and effect as if expressly set forth herein.

5. At all times relevant to this action, the Plaintiff provided telephone service pursuant to the Tariff New York PSC-No.2 and FCC Tariff No. 3 (hereinafter the "Tariffs").

6. The Defendant executed and delivered to the Plaintiff a Customer Service Agreement (hereinafter the "Agreement") pursuant to which the Defendant agreed to pay to the Plaintiff all amounts due together with interest, costs and attorneys' fees in connection with the Defendant's purchase of services from the Plaintiff.

7. The specific terms of the Agreement provides for the assessment of a termination charge in the event that the Agreement is terminated early.

8. The Defendant has breached its contract with the Plaintiff as a result of its failure to make payment to the Plaintiff on all amounts due under said Agreement and owes the Plaintiff the principal sum of Sixteen Thousand Three Hundred Sixty Nine and 70/100 ($16,369.70) Dollars.

9. Based upon the breach and early termination of the Agreement, the Defendant owes the Plaintiff the total sum of Sixteen Thousand Three Hundred Sixty Nine and 70/100 ($16,369.70) Dollars, together with interest from August 26, 2003, on or before which date demand for payment was duly made, plus costs and attorneys' fees.

## COUNT II
### (for Services Rendered)

10. The Plaintiff reavers, realleges and incorporates herein by reference the allegations contained in Paragraphs 1 through 9 above with the same full force and effect as if expressly set forth herein.

11. The Defendant owes the Plaintiff the total sum of Sixteen Thousand Three Hundred Sixty Nine and 70/100 ($16,369.70) Dollars for services rendered by the Plaintiff to the Defendant together with interest thereon from August 26, 2003, on or before which date demand for payment was duly made, plus costs and attorneys' fees. A copy of the Statement of Principal is attached hereto as Exhibit "A".

## COUNT III
### (for Unjust Enrichment)

12. The Plaintiff reavers, realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 11 above.

13. The Plaintiff provided telephone services to the Defendant for an agreed upon price, and the Defendant has failed, refused, neglected and continues to refuse to make payment to the Plaintiff in consideration for the services provided by Plaintiff to the Defendant.

14. As a result of the foregoing, the Defendant has been unjustly enriched in the sum of Sixteen Thousand Three Hundred Sixty Nine and 70/100 ($16,369.70) Dollars, which sum the Plaintiff is entitled to recover.

15. As a result of this unjust enrichment, the Defendant owes the Plaintiff the sum of Sixteen Thousand Three Hundred Sixty Nine and 70/100 ($16,369.70) Dollars.

**WHEREFORE**, the Plaintiff, CTC Communications, prays that Judgment enter as follows:

1. Enter judgment against the Defendant, South Ocean Care LLC, and in favor of the Plaintiff, in the sum of Sixteen Thousand Three Hundred Sixty Nine and 70/100 ($16,369.70) Dollars together with interest from August 26, 2003 on or before which date demand for payment was duly made;

2. Award the Plaintiff, CTC Communications, its costs and disbursements for prosecuting this action, including reasonable attorneys' fees, in connection with the Defendant, South Ocean Care LLC; and

3. Grant the Plaintiff, CTC Communications, such other and further relief as this Honorable Court may deem just and proper.

                                                Respectfully submitted,
                                                CTC Communications Corp.,
                                                By its attorneys,
                                                Cohn & Dussi, LLC,

Date: 2/22/05

                                                John J. Dussi, Esq. BBO# 546355
                                                Lisa B. Dickstein, Esq. BBO#643314
                                                25 Burlington Mall Road, 6th Floor
                                                Burlington, MA 01803
                                                (781) 494-0200

F:\firm\lbd\CTC Communications\South Ocean Care LLC\complaint federal and ny tariffs.wpd

## PLAINTIFF'S VERIFIED AFFIDAVIT PURSUANT
## TO MASSACHUSETTS GENERAL LAWS, CHAPTER 231, SECTION 13 (B)

<u>CTC COMMUNICATIONS vs. SOUTH OCEAN CARE, LLC</u>

I, __Brian Chamberlain___  __Collection Mgr___
      (Name)                              (Title)

of the Plaintiff CTC COMMUNICATIONS

having personal knowledge of the facts in the above-captioned case, and based upon the books and records of the Plaintiff, kept in the ordinary course of business, do hereby state that the total amount due the Plaintiff CTC COMMUNICATIONS is $16,369.70,

plus interest from: _____

for   [ ] A. Goods Sold & Delivered   [✓] B. Services Rendered

      [ ] C. Money Lent               [ ] D. Other (Please Specify)
                                          _____

according to the account annexed to the Plaintiff's Complaint.

A Statement of principal and interest as set forth as follows:

Principal                                           $ 16,369.70

Interest from:_____                       $ _____

Total Due                                           $ 16,369.70

_B. Chl_ (Signature)

_Collection Mgr_ (Title)



## Application for Service

| Installation Information | Billing Information |
|---|---|
| **Company Name:** South Ocean Care Llc | **Bill To:** South Ocean Care Llc |
| **Install Address:** 101 South Bergen Place, Freeport, NY 11520 | **Billing Address:** South Ocean Care LLC, P.O. Box 624, Woodmere, NY 11598 |
| **Contact:** Lee Raifman **Phone:** (516) 493-3600 | **Contact:** Lee Raifman **Phone:** (516) 111-1111 |
| **E-Mail:** ContactEmail **Fax:** ContactFax | **E-Mail:** ContactEmail **Fax:** ContactFax |

**Credit Information**

☐ Corporation  ☐ Partnership  ☐ Proprietorship  ☐ Tax Exempt (Attach Proof)  ☒ Other  LLC

**Nature of Business:** 11-3577799

| Years in Business: 1 | SIC: 0000 | Tax ID: 00-0000000 | Duns # 000-000000 |

**Ownership Information** (Required for Partnerships, Proprietorships and Small Businesses)

| Name | Address | Phone | SS# |
|---|---|---|---|
| | | | |

**Reference Information** (List 3 Major Trade References and Your Bank)

| Trade Name | City, State | Phone: | Account #: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Bank Name:** North Fork Bank  **Bank Contact:** Pat Fulton  **Account Number:** (516) 872-0400

Customer hereby authorizes CTC to perform any investigation necessary to determine the credit worthiness of the Company. CTC reserves the right to deny service or otherwise require a deposit as a condition of service from any applicant whose credit history is found to be unsatisfactory. CTC's Acceptance of this Application for Service is contingent upon Customer's execution of CTC's standard Service Agreement.

**Accepted: Customer** _[signature]_

Authorized Representative  Lee Raifman  Mark Raifman

Title: Managing Member / ContactTitle

Date: April 8, 2002

**CTC Communications Corp.** _[signature]_

CTC Account Executive  Richard Rizzi   Date: April 8, 2002

CTC Branch Manager  James Canellys   Date: April 8, 2002



# PowerPath Member Services Addendum

Reference Number: RRII-58ZKHU

| Location - Product/Service | NRC | Total Monthly Charge |
|---|---|---|
| South Ocean Care Llc, 101 South Bergen Place, Freeport, NY | $300.00 | $600.00 |

   T-1 Powerpath Svc
      516623   FRPTNYFP
      Term   2 Year
   Internet Bandwith
      Speed   8 (512k) (1449CPS)
   Internet PVC
   IP Address
      IP Block Size   8
   STN
      BTN (516) 623-1111
      4.9 Volume Plan - 4.9 Volume Plan   IDC1V
      4.9 Volume Plan - 4.9 Volume Plan   ODC3V
   5 Voice Channel

|  | NRC Totals | Total Monthly Charges |
|---|---|---|
|  | $300.00 | $600.00 |

CTC COMMUNICATIONS CORP.
By: _____
           Signature of Authorized Employee
Name (Print): Richard Rizzi
Title: Account Executive
CTC Communications Corp.
Date: 04/10/2002

CUSTOMER
By: _____
           Signature of Authorized Employee
Name (Print): Mkll Rafn-e
Title: President
Company: South Ocean Care Llc
Date: 04/10/2002

```
@GUI/400 RTS Pro

 3/07/03              ACCOUNT INFORMATION ACCOUNT SEARCH          SULLIK
10:38:16                     UNEP QUALIFIED ZONE                  MSSH104
---------------------------------------------------------------------------
South Ocean Care Llc                    Acct. Mgr. _____
> 101 South Bergen Place                +---------------------------------
  _____                | Contact Information
                                        |
  Freeport_____              |> Sal  A   (First.Name)
                NY  11520               | Lee Raifman
Main Phone  516 623 3600                | ICN PP-(DISC)- 32HCGS781523NY
Fax#        516 623 9191                |
Class Code  A                           | Phon 516 623 3600   Exte ____
AcctStatus  PA      PROSPECT ACTIVE     |
> Acct Exec   CONTEV   Victor Conte     | E-Mail
  NC          PERRYP   Patricia Perry   | Cust. Type ___
> IndustryID  _____                    | Product    _____
              _____                    |
  Credit      DISC NOPAY                |
  Customer #  1696229                   |
                                        +---------------------------------
  LOA Signed          Cust.Type  ICN    |> Next Activity Code.
---------------------------------------------------------------------------
F3=Exit          F10=Menu Bar      F12=Cancel
```

```
South Ocean Care LLC                         Acct. Mgr. _____
101 South Bergen Place                +------------------------------

Customer #    1696229    BILLING ADDRESS CHANGE        F12=Previous

Current Billing                   Current Install
SOUTH OCEAN CARE LLC              101 SOUTH BERGEN PLACE
101 SOUTH BERGEN PLACE
                                  FREEPORT
FREEPORT                          NY   115200000
NY   115200000                         516 623 3600
     516 623 3600    CHANGE BILLING ADDRESS TO :
                    SOUTH OCEAN CARE LLC_____
                    101 SOUTH BERGEN PLACE_____
                    _____
                    FREEPORT_____ NY 115200000
                         516  623  3600
```

```
TCR4200         130 - CTC Communications              System  S1023750
 8/07/03            Accounts Receivable Inquiry       Wrkstn: QPADEV0132

Customer: 696229   SOUTH OCEAN CARE LLC
                                  Balance..............:   16369.70
    1=Select Detail               Pending Adjustments...:        .00
            Billing               Adjusted Balance......:   16369.70
Select   Period     Description            Billing     Payments   Adjustments
         06 / 02 JUN BILLING SUMMARY        2194.35         .00          .00
         07 / 02 JUL BILLING SUMMARY        1114.77     2194.35          .00
         08 / 02 AUG BILLING SUMMARY        1146.70     1114.77          .00
         09 / 02 SEP BILLING SUMMARY        1088.06         .00          .00
         10 / 02 OCT BILLING SUMMARY        1088.17         .00          .00
         11 / 02 NOV BILLING SUMMARY         745.69         .00          .00
         12 / 02 DEC BILLING SUMMARY         737.85         .00          .00
         01 / 03 JAN BILLING SUMMARY         775.98         .00          .00
         02 / 03 FEB BILLING SUMMARY         750.92         .00          .00
         03 / 03 MAR BILLING SUMMARY         724.25         .00        13.26
         04 / 03 APR BILLING SUMMARY         734.15         .00        13.46
                                                                      More...

F3=Exit                    F12=Previous    F8=Pending Adj.
```

```
TCR4200            130 - CTC Communications              Syste   S1023750
 8/07/03                Accounts Receivable Inquiry      Wrkstn: QPADEV0182

Customer: 696229    SOUTH OCEAN CARE LLC
                                         Balance................:  16369.70
  1=Select Detail                        Pending Adjustments....:       .00
          Billing                        Adjusted Balance.......:  16369.70
Select   Period        Description            Billing    Payments   Adjustments
  _     05 / 03 MAY BILLING SUMMARY            392.55         .00       13.46
  _     06 / 03 JUN BILLING SUMMARY             98.32         .00         .00
  _     07 / 03 JUL BILLING SUMMARY           8127.24         .00         .00




                                                                      Bottom

F3=Exit              F12=Previous      F8=Pending Adj.
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _____

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐ II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.     *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   ☒ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   ☐ IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   ☐ V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   N/A

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☒
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☒   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☒     Central Division ☐     Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐     Central Division ☐     Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _____
ADDRESS _____
TELEPHONE NO. _____

(Coversheetlocal.wpd - 10/17/02)

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS

### DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____