AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

CTC Communications Corp.

V.

South Ocean Care LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10561 JLT

TO: (Name and address of Defendant)

South Ocean Care, LLC
101 South Bergen Place
Freeport, NY 11520

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John J. Dussi, Esq.
Cohn & Dussi, LLC
25 Burlington Mall Road
Burlington, MA 01803

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAR 2_ 2005

CLERK

(By) DEPUTY CLERK

DATE

CTC Communications, et. al., Plaintiff(s)

South Ocean Care, et. al., Defendant(s)



Service of Process by
### APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--South Ocean Care, LLC
Court Case No. 05-10561 JLT

COHN & DUSSI, L.L.C.
Ms. Jannine Contrado
25 Burlington Mall Rd, 6th Floor
Burlington, MA 01803

State of: **NEW YORK** ) ss.
County of: **SUFFOLK**

**Name of Server:** **VINCENT J. GILLIS**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action.

**Date/Time of Service:** that on the **21** day of **JUNE**, 20**05**, at **4:25** o'clock **P** M

**Place of Service:** at **101 South Bergen Place**, in **Freeport, NY 11520**

**Documents Served:** the undersigned served the documents described as:
**Summons, Statement of Damages, Complaint**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
South Ocean Care, LLC

**Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **MS. ROBINSON, AUTHORIZED AGENT**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **BLACK** ; Hair Color **BLACK** ; Facial Hair ____
Approx. Age **30** ; Approx. Height **5'4"** ; Approx. Weight **160**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Signature*
Signature of Server    (Date)
VINCENT GILLIS
APS International, Ltd.
APS File #: 072356 0001

Subscribed and sworn to before me this
**24** day of **JUNE**, 20 **05**

*Signature*
Notary Public     (Commission Expires)

ROBERT GILLIS
NOTARY PUBLIC, State of New York
No. 01GI6083096
Qualified in New York County
Commission Expires Nov. 12, 2006