UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10561

```
************************************
CTC COMMUNICATIONS CORP.,          *
                                   *
               Plaintiff           *
                                   *
vs.                                *
                                   *
SOUTH OCEAN CARE, LLC,             *
                                   *
               Defendant           *
************************************
```

## NOTICE OF VOLUNTARY DISMISSAL
(Rule 41(a)(1))

Pursuant to the provisions of Federal Rules of Civil Procedure Rule 41(a)(1), the

Plaintiff, CTC Communications Corp. ("CTC"), discontinues the above-captioned action and

dismisses the complaint with prejudice.

Respectfully submitted,
CTC Communications Corp.,
By its attorneys,

July 22, 2005

John J. Dussi, Esq.  BBO #546355
Cohn & Dussi, LLC
25 Burlington Mall Road, 6th Floor
Burlington, MA 01803
(781)494-0200

## CERTIFICATE OF SERVICE

I, John J. Dussi, Esq., of the law firm of Cohn & Dussi, LLC, attorneys for the Plaintiff,

CTC Communications Corp., in the forgoing action, hereby certify that I have this day served a

copy of the within *Plaintiff's Notice of Voluntary Dismissal* attached hereto upon persons listed

below, by first-class mail, postage pre-paid.

Date: 7/22/05

John J. Dussi

Persons served:

South Ocean Care, LLC
101 South Bergen Place
Fremont, NY 11520

Bennett J. Wasserman, Esq.
Stryker, Tams & Dill, LLP
Two Penn Plaza, Suite 1500
New York, NY 10121